R23 Law APC
Peng Shao SBN 319624
633 West Fifth St. 26th Floor
Los Angeles, CA 90071

Representing: Plaintiff                                   File No.

UNITED STATES DISTRICT COURT
Southern District of California - District - San Diego

|  |  |
|---|---|
| Rosalia DeLuca    ) | Case No. 3:25-cv-00001-DMS-MSB |
| **Plaintiff/Petitioner**    ) |  |
|    ) | Proof of Service of: |
| vs.    ) | Complaint, Summons |
|    ) |  |
| Synchrony Bank, et al.    ) | Service on: |
| **Defendant/Respondent**    ) | SYNCHRONY BANK |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 24453146

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>R23 Law APC<br>Peng Shao SBN 319624<br>633 West Fifth St. 26th Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO: 888-533-2948   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: peng@r23law.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
| PLAINTIFF / PETITIONER:   Rosalia DeLuca<br>DEFENDANT / RESPONDENT:   Synchrony Bank, et al. | CASE NUMBER:<br>3:25-cv-00001-DMS-MSB |
| PROOF OF SERVICE | Ref. No. or File No.:<br>12461992 (24453146) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons

2. Party Served:              SYNCHRONY BANK

3. Person Served:             CT Corporation System - Jacqueline Mejia, Intake Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:   January 8, 2025 at 12:12 pm PST

5. Address, City and State:   330 North Brand Blvd #700 Glendale, CA, 91203

6. Manner of Service:         Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Joshua May
County: Los Angeles
Registration No.: 2022270694

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Joshua May*

Joshua May

Date: January 9, 2025

R23 Law APC
Peng Shao SBN 319624
633 West Fifth St. 26th Floor
Los Angeles, CA 90071

Representing: Plaintiff                                        File No.

UNITED STATES DISTRICT COURT
Southern District of California - District - San Diego

| | |
|---|---|
| Rosalia DeLuca ) | Case No. 3:25-cv-00001-DMS-MSB |
| **Plaintiff/Petitioner** ) | |
| ) | Proof of Service of: |
| vs. ) | Complaint, Summons |
| ) | |
| Synchrony Bank, et al. ) | Service on: |
| **Defendant/Respondent** ) | CLIENT SERVICES, INC |
| ) | |
| ) | |
| ) | |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 24453147

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>R23 Law APC<br>Peng Shao SBN 319624<br>633 West Fifth St. 26th Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO: 888-533-2948   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: peng@r23law.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
| PLAINTIFF / PETITIONER: Rosalia DeLuca<br>DEFENDANT / RESPONDENT: Synchrony Bank, et al. | CASE NUMBER:<br>3:25-cv-00001-DMS-MSB |
| PROOF OF SERVICE | Ref. No. or File No.:<br>12461988 (24453147) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons

2. Party Served:   CLIENT SERVICES, INC

3. Person Served:   CSC Lawyers Incorporating Service - Alex Jenkins - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:   January 8, 2025 at 1:51 pm PST

5. Address, City and State:   2710 Gateway Oaks Drive Suite 150N Sacramento, CA, 95833

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Tyler DiMaria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Tyler DiMaria

Date: January 9, 2025

PROOF OF SERVICE

1 of 1
Order #24453147

R23 Law APC
Peng Shao SBN 319624
633 West Fifth St. 26th Floor
Los Angeles, CA 90071

Representing: Plaintiff                                         File No.

UNITED STATES DISTRICT COURT
Southern District of California - District - San Diego

| | |
|---|---|
| Rosalia DeLuca ) | Case No. 3:25-cv-00001-DMS-MSB |
| **Plaintiff/Petitioner** ) | |
| ) | Proof of Service of: |
| vs. ) | Complaint, Summons |
| ) | |
| Synchrony Bank, et al. ) | Service on: |
| **Defendant/Respondent** ) | MONARCH RECOVERY MANAGEMENT, INC |
| ) | |
| ) | |
| ) | |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 24453148

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>R23 Law APC<br>Peng Shao SBN 319624<br>633 West Fifth St. 26th Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO: 888-533-2948   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: peng@r23law.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
| PLAINTIFF / PETITIONER: Rosalia DeLuca<br>DEFENDANT / RESPONDENT: Synchrony Bank, et al. | CASE NUMBER:<br>3:25-cv-00001-DMS-MSB |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>12461991 (24453148) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons

2. Party Served: MONARCH RECOVERY MANAGEMENT, INC

3. Person Served: CSC Lawyers Incorporating Service - Alex Jenkins - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: January 8, 2025 at 1:51 pm PST

5. Address, City and State: 2710 Gateway Oaks Drive Suite 150N Sacramento, CA, 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Tyler DiMaria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Tyler DiMaria

Date: January 9, 2025

R23 Law APC
Peng Shao SBN 319624
633 West Fifth St. 26th Floor
Los Angeles, CA 90071

Representing: Plaintiff                                          File No.

UNITED STATES DISTRICT COURT
Southern District of California - District - San Diego

| | |
|---|---|
| Rosalia DeLuca ) | Case No. 3:25-cv-00001-DMS-MSB |
| **Plaintiff/Petitioner** ) | |
| ) | Proof of Service of: |
| vs. ) | Complaint, Summons |
| ) | |
| Synchrony Bank, et al. ) | Service on: |
| **Defendant/Respondent** ) | EXPERIAN INFORMATION SOLUTIONS INC |
| ) | |
| ) | |
| ) | |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 24453149

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>R23 Law APC<br>Peng Shao SBN 319624<br>633 West Fifth St. 26th Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO: 888-533-2948    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: peng@r23law.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
| PLAINTIFF / PETITIONER:  Rosalia DeLuca<br>DEFENDANT / RESPONDENT:  Synchrony Bank, et al. | CASE NUMBER:<br>3:25-cv-00001-DMS-MSB |
| PROOF OF SERVICE | Ref. No. or File No.:<br>12461990 (24453149) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons

2. Party Served:           EXPERIAN INFORMATION SOLUTIONS INC

3. Person Served:          CT Corporation System - Jacqueline Mejia, Intake Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:  January 8, 2025 at 12:12 pm PST

5. Address, City and State:  330 North Brand Blvd #700 Glendale, CA, 91203

6. Manner of Service:      Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Joshua May
County: Los Angeles
Registration No.: 2022270694

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Joshua May*

Joshua May

Date: January 9, 2025

PROOF OF SERVICE

1 of 1
Order #24453149

R23 Law APC
Peng Shao SBN 319624
633 West Fifth St. 26th Floor
Los Angeles, CA 90071

Representing: Plaintiff					File No.

UNITED STATES DISTRICT COURT
Southern District of California - District - San Diego

| | |
|---|---|
| Rosalia DeLuca ) | Case No. 3:25-cv-00001-DMS-MSB |
| **Plaintiff/Petitioner** ) | |
| ) | Proof of Service of: |
| vs. ) | Complaint, Summons |
| ) | |
| Synchrony Bank, et al. ) | Service on: |
| **Defendant/Respondent** ) | EQUIFAX INFORMATION SERVICES, LLC |
| ) | |
| ) | |
| ) | |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 24453150

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>R23 Law APC<br>Peng Shao SBN 319624<br>633 West Fifth St. 26th Floor<br>Los Angeles, CA 90071<br>     TELEPHONE NO:  888-533-2948     FAX NO *(Optional)*:<br>     E-MAIL ADDRESS *(Optional)*:  peng@r23law.com<br>     ATTORNEY FOR *(Name)*:  Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
| PLAINTIFF / PETITIONER:  Rosalia DeLuca<br>DEFENDANT / RESPONDENT:  Synchrony Bank, et al. | CASE NUMBER:<br>3:25-cv-00001-DMS-MSB |
| PROOF OF SERVICE | Ref. No. or File No.:<br>12461987 (24453150) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons

2. Party Served:          EQUIFAX INFORMATION SERVICES, LLC

3. Person Served:         CSC Lawyers Incorporating Service - Alex Jenkins - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:   January 8, 2025 at 1:51 pm PST

5. Address, City and State:   2710 Gateway Oaks Drive Suite 150N Sacramento, CA, 95833

6. Manner of Service:     Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Tyler DiMaria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*[signature]*
Tyler DiMaria

Date: January 9, 2025

PROOF OF SERVICE

1 of 1
Order #24453150

R23 Law APC
Peng Shao SBN 319624
633 West Fifth St. 26th Floor
Los Angeles, CA 90071

Representing: Plaintiff                                         File No.

UNITED STATES DISTRICT COURT
Southern District of California - District - San Diego

| | |
|---|---|
| Rosalia DeLuca ) | Case No. 3:25-cv-00001-DMS-MSB |
| **Plaintiff/Petitioner** ) | |
| ) | Proof of Service of: |
| vs. ) | Complaint, Summons |
| ) | |
| Synchrony Bank, et al. ) | Service on: |
| **Defendant/Respondent** ) | TRANSUNION, LLC |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 24453151

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>R23 Law APC<br>Peng Shao SBN 319624<br>633 West Fifth St. 26th Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO: 888-533-2948   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: peng@r23law.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
| PLAINTIFF / PETITIONER: Rosalia DeLuca<br>DEFENDANT / RESPONDENT: Synchrony Bank, et al. | CASE NUMBER:<br>3:25-cv-00001-DMS-MSB |
| PROOF OF SERVICE | Ref. No. or File No.:<br>12461989 (24453151) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons

2. Party Served: TRANSUNION, LLC

3. Person Served: CSC Lawyers Incorporating Service - Alex Jenkins - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: January 8, 2025 at 1:51 pm PST

5. Address, City and State: 2710 Gateway Oaks Drive Suite 150N Sacramento, CA, 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Tyler DiMaria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Tyler DiMaria

Date: January 9, 2025