Steven P. Warner (SBN 159404)
Email:  swarner@reedsmith.com
Reed Smith LLP
515 South Flower Street
Suite 4300
Los Angeles, CA  90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants
Synchrony Bank

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIA DELUCA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK; CLIENT SERVICES, INC; MONARCH RECOVERY MANAGEMENT, INC; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and DOES 1 to 50, inclusive;<br><br>Defendants. | CASE NO.  3:25-cv-00001-DMS-MSB<br><br>**RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT**<br><br>Compl. Filed: January 1, 2025 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## SYNCHRONY BANK'S ANSWER AND DEFENSES

NOW COMES Defendant Synchrony Bank ("Synchrony" or "Defendant"), by and through its undersigned counsel, and hereby Answers the Complaint of Plaintiff Rosalia Deluca ("Plaintiff") and sets forth its Defenses as follows:

## INTRODUCTION

1.    The allegations of this Introductory Paragraph are conclusions of law to which no response is required. Further, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph and, therefore, Synchrony denies the allegations.

2.    Answering Paragraph 2 of the Complaint, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph and, therefore, Synchrony denies the allegations.

3.    Answering Paragraph 3 of the Complaint, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3 and, therefore, Synchrony denies the allegations.

4.    Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 and, therefore, Synchrony denies the allegations.

5.    Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 and, therefore, Synchrony denies the allegations.

6.    Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 and, therefore, Synchrony denies the allegations. Furthermore, Synchrony denies it violated the any federal or state statute.

7.    Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 and, therefore, Synchrony denies the allegations.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

8.     Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8 and, therefore, Synchrony denies the allegations. Furthermore, Synchrony denies it violated the FCRA, the CCRCA, or the RFDCPA.

9.     The allegations of Paragraph 9 of the Complaint is directed at parties other than Synchrony for which no response is required.  To the extent a response is required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

10.     Answering Paragraph 10 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

11.     Answering Paragraph 11 of the Complaint, the allegations of this Paragraph are conclusions of law to which no response is required.  Further, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this Paragraph and, therefore, Synchrony denies the allegations.

12.     Answering Paragraph 12 of the Complaint, the allegations of this Paragraph are conclusions of law to which no response is required. Further, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

## JURISDICTION AND VENUE

13.     Answering Paragraph 13 of the Complaint, the allegations contain a statement of jurisdiction to which no response is required.  To the extent a response is required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

14.     Answering Paragraph 14 of the Complaint, the allegations contain a statement of jurisdiction to which no response is required.  To the extent a response is

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

15.    Answering Paragraph 15 of the Complaint, the allegations contain a statement of jurisdiction to which no response is required.  To the extent a response is required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

16.    Answering Paragraph 16 of the Complaint, the allegations contain a statement of venue to which no response is required.  Further, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 and, therefore, Synchrony denies the allegations.

## **PARTIES**

17.    Answering Paragraph 17 of the Complaint, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17 and, therefore, Synchrony denies the allegations.

18.    The allegations of Paragraph 18 are conclusions of law to which no response is required. Further, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 and, therefore, Synchrony denies the allegations.

19.    The allegations of Paragraph 19 are conclusions of law to which no response is required. Further, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19 and, therefore, Synchrony denies the allegations.

20.    The allegations of Paragraph 20 are conclusions of law to which no response is required. To the extent a response is required, Synchrony avers only that it is a federally chartered savings association with its principal place of business in Draper, UT 84020.

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

21.     The allegations of Paragraph 21 of the Complaint is directed at parties other than Synchrony for which no response is required.  To the extent a response is required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

22.     The allegations of Paragraph 22 of the Complaint is directed at parties other than Synchrony for which no response is required.  To the extent a response is required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

23.     The allegations of Paragraph 23 are conclusions of law to which no response is required. Further, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 23 and, therefore, Synchrony denies the allegations. Furthermore, Synchrony denies it violated the FCRA, the CCRCA, or the RFDCPA.

24.     The allegations of Paragraph 24 of the Complaint is directed at parties other than Synchrony for which no response is required.  To the extent a response is required, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

25.     The allegations of Paragraph 25 are conclusions of law to which no response is required. Further, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 25 and, therefore, Synchrony denies the allegations. Furthermore, Synchrony denies it violated the FCRA, the CCRCA, or the RFDCPA.

26.     The allegations of Paragraph 26 are conclusions of law to which no response is required. Further, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26 and, therefore, Synchrony denies the allegations. Furthermore, Synchrony denies it violated the FCRA, the CCRCA, or the RFDCPA.

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

27.     The allegations of Paragraph 27 are conclusions of law to which no response is required. Further, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 27 and, therefore, Synchrony denies the allegations.

28.     The allegations of Paragraph 28 are conclusions of law to which no response is required. Further, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 28 and, therefore, Synchrony denies the allegations.

## **FACTUAL ALLEGATIONS**

29.     Answering Paragraph 29 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

30.     Answering Paragraph 30 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

31.     Answering Paragraph 31 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

32.     Answering Paragraph 32 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

33.     Answering Paragraph 33 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

34.     Answering Paragraph 34 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

35.     Answering Paragraph 35 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

36.     Answering Paragraph 36 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

37.     Answering Paragraph 37 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations. Furthermore, the allegations refers to a written document or recording, which speaks for itself, and Defendants deny any allegations inconsistent with the plain and unambiguous terms of the writing/recording and/or any mischaracterization of the written document or recording.

38.     Answering Paragraph 38 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations. Furthermore, the allegations refers to a written document or recording, which speaks for itself, and Defendants deny any allegations inconsistent with the plain and unambiguous terms of the writing/recording and/or any mischaracterization of the written document or recording.

39.     Answering Paragraph 39 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

40.     The allegations of Paragraph 40 are conclusions of law to which no response is required. Further,  Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

41.     The allegations of Paragraph 41 are conclusions of law to which no response is required. Further, Synchrony lacks knowledge or information sufficient to

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

form a belief as to the truth of the allegations of Paragraph 28 and, therefore, Synchrony denies the allegations.

42.     Answering Paragraph 42 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

43.     Answering Paragraph 43 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations. Furthermore, the allegations refers to a written document or recording, which speaks for itself, and Defendants deny any allegations inconsistent with the plain and unambiguous terms of the writing/recording and/or any mischaracterization of the written document or recording.

44.     Answering Paragraph 44 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations. Furthermore, the allegations refers to a written document or recording, which speaks for itself, and Defendants deny any allegations inconsistent with the plain and unambiguous terms of the writing/recording and/or any mischaracterization of the written document or recording.

45.     The allegations of Paragraph 45 are conclusions of law to which no response is required. Further, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations. Lastly, Synchrony acted appropriately at all relevant times.

46.     Answering Paragraph 46 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations. Furthermore, the allegations refers to a written document or recording, which speaks for itself, and Defendants deny any allegations inconsistent with the plain and unambiguous terms of the writing/recording and/or any mischaracterization of the written document or recording.

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

47.     The allegations of Paragraph 47 are conclusions of law to which no response is required. Further, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations.

48.     Answering Paragraph 48 of the Complaint, Synchrony lacks information and belief as to whether the Account is the subject of fraud.   Further, Synchrony acted appropriately at all relevant times. Lastly, Synchrony denies any wrongdoing.

49.     The allegations of Paragraph 49 are conclusions of law to which no response is required. Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations. Further, Synchrony denies any wrongdoing.

50.     Answering Paragraph 50 of the Complaint, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them.

51.     The allegations of Paragraph 51 are conclusions of law to which no response is required. Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies the allegations. Further, Synchrony denies any wrongdoing.

## **ACTUAL DAMAGES**

52.     The allegations of Paragraph 52 are conclusions of law to which no response is required. Further, Synchrony denies any wrongdoing.

## **FIRST CAUSE OF ACTION**

### Violation of the Fair Credit Reporting Act (FCRA)

### *[Against All Defendants]*

53.     Synchrony incorporates its responses to Paragraphs 1 through 52 as though fully set forth herein.

54.     The allegations of Paragraph 54 are conclusions of law to which no response is required. Further, Synchrony lacks knowledge or information sufficient to

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

form a belief as to the truth of the allegations of Paragraph 54 and, therefore, Synchrony denies the allegations.

55.     The allegations of Paragraph 55, and its subparts, are conclusions of law to which no response is required. To the extent a response is required, Synchrony denies the allegations. Synchrony denies it violated the FCRA.

56.     The allegations of Paragraph 56 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the FCRA.

57.     The allegations of Paragraph 57 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the FCRA.

## SECOND CAUSE OF ACTION

### Violation of the Cal. Consumer Credit Reporting Agencies Act (CCRAA)

*[Against All Defendants]*

58.     Synchrony incorporates its responses to Paragraphs 1 through 57 as though fully set forth herein.

59.     The allegations of Paragraph 59 are conclusions of law to which no response is required. To the extent a response is required, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 59 and therefore, Synchrony denies the allegations.

60.     The allegations of Paragraph 60 are conclusions of law to which no response is required. To the extent a response is required, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 60 with respect to the other defendants but Synchrony admits it is a furnisher of information to credit reporting agencies.

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

61.    The allegations of Paragraph 61 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 61 and therefore, Synchrony denies the allegations. Synchrony denies it violated the CCRAA.

62.    The allegations of Paragraph 62 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the CCRAA.

63.    Answering Paragraph 63 of the Complaint, this paragraph contains conclusions of law to which no response is required. To the extent a response is deemed to be required, and an allegation is directed to Synchrony, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them. Synchrony denies it violated the CCRAA.

64.    The allegations of Paragraph 64 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 64 and therefore, Synchrony denies the allegations. Synchrony denies it violated the CCRAA.

65.    The allegations of Paragraph 65 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Further, Synchrony denies it violated the CCRAA.

66.    The allegations of Paragraph 66 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

to the truth of the allegations of Paragraph 66 and therefore, Synchrony denies the allegations. Further, Synchrony denies it violated the CCRAA.

67.    The allegations of Paragraph 67 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the CCRAA.

68.    Answering Paragraph 68 of the Complaint, this paragraph contains conclusions of law to which no response is required. To the extent a response is deemed to be required, and an allegation is directed to Synchrony, Synchrony lacks sufficient information or knowledge to admit or deny the allegations and, on that basis, denies them. Synchrony denies it violated the CCRAA or that Plaintiff is entitled to attorneys fees.

### THIRD CAUSE OF ACTION

Violation of the California Identity Theft Act (CITA)

### *[Against All Defendants]*

69.    Synchrony incorporates its responses to Paragraphs 1 through 68 as though fully set forth herein.

70.    The allegations of Paragraph 70 are conclusions of law to which no response is required. To the extent a response is required, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 70 and therefore, Synchrony denies the allegations.

71.    The allegations of Paragraph 71 are conclusions of law to which no response is required. To the extent a response is required, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 71 and therefore, Synchrony denies the allegations. Synchrony denies it violated CITA.

72.    The allegations of Paragraph 72 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 72 and therefore, Synchrony denies the allegations. Synchrony denies it violated CITA.

73.    Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73 and therefore, Synchrony denies the allegations. Synchrony denies it violated CITA.

74.    The allegations of Paragraph 74 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 74 and therefore, Synchrony denies the allegations. Synchrony denies it violated CITA.

## **FOURTH CAUSE OF ACTION**

### Intrusion Upon Seclusion

### *[Against All Defendants]*

75.    Synchrony incorporates its responses to Paragraphs 1 through 74 as though fully set forth herein.

76.    The allegations of Paragraph 76 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 76 and therefore, Synchrony denies the allegations.

77.    The allegations of Paragraph 77 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations.

78.    The allegations of Paragraph 78 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations.

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

79.     The allegations of Paragraph 79 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 79 and therefore, Synchrony denies the allegations.

80.     The allegations of Paragraph 80 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations.

81.     The allegations of Paragraph 81 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 81 and therefore, Synchrony denies the allegations.

82.     The allegations of Paragraph 82 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations.

83.     The allegations of Paragraph 83 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations.

## **FIFTH CAUSE OF ACTION**

### Violation of the Fair Debt Collection Practices Act (FDCPA)

*[Against All Defendants]*

84.     Synchrony incorporates its responses to Paragraphs 1 through 83 as though fully set forth herein.

85.     The allegations of Paragraph 85 are conclusions of law to which no response is required. To the extent a response is required, Synchrony denies the allegations.

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

86.    The allegations of Paragraph 86 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 86 and therefore, Synchrony denies the allegations. Synchrony denies it violated the FDCPA.

87.    The allegations of Paragraph 87 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 87 and therefore, Synchrony denies the allegations. Synchrony denies it violated the FDCPA.

88.    The allegations of Paragraph 88 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the FDCPA.

89.    The allegations of Paragraph 89 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the FDCPA.

90.    The allegations of Paragraph 90 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 90 and therefore, Synchrony denies the allegations. Synchrony denies it violated the FDCPA.

91.    The allegations of Paragraph 91 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the FDCPA.

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

92.    The allegations of Paragraph 92 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the FDCPA.

## SIXTH CAUSE OF ACTION

### Violation of the Rosenthal Fair Debt Collection Practices Act (RFDCPA)

*[Against All Defendants]*

93.    Synchrony incorporates its responses to Paragraphs 1 through 92 as though fully set forth herein.

94.    The allegations of Paragraph 94 are conclusions of law to which no response is required. To the extent a response is required, Synchrony denies the allegations.

95.    The allegations of Paragraph 95 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the RFDCPA.

96.    The allegations of Paragraph 96 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the RFDCPA.

97.    The allegations of Paragraph 97 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony,  Synchrony denies the allegations. Synchrony denies it violated the RFDCPA.

98.    The allegations of Paragraph 98 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the RFDCPA.

99.   The allegations of Paragraph 99 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the RFDCPA.

100.   The allegations of Paragraph 100 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony,  Synchrony denies the allegations. Synchrony denies it violated the RFDCPA.

101.   The allegations of Paragraph 101 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony,  Synchrony denies the allegations. Synchrony denies it violated the RFDCPA.

102.   The allegations of Paragraph 102 are conclusions of law to which no response is required. To the extent a response is required, and an allegation is directed to Synchrony, Synchrony denies the allegations. Synchrony denies it violated the RFDCPA.

## PRAYER FOR RELIEF

In response to the paragraph with subparts and captioned with "Prayer for Relief," Synchrony denies that the demanded relief should be awarded. By way of further response, upon information and belief, Synchrony further denies that it violated or caused any violation set out in the Plaintiff's Complaint or that it violated any state or federal statute.

## JURY TRIAL DEMANDED

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

In response to Plaintiff's prayer for trial by jury, Synchrony denies the allegation that it violated any statute or caused the Plaintiff any harm, therefore Plaintiff is not entitled to the relief sought.

## DEFENSES

Synchrony alleges the following separate and distinct defenses and affirmative defenses without conceding that Synchrony necessarily bears the burden of proof or persuasion.

### FIRST DEFENSE

1.     The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

2.     Plaintiff's claims may be barred, in whole or in part, by the applicable doctrine of laches.

### THIRD DEFENSE

3.     Plaintiff's claims may be barred, in whole or in part, by the doctrines of waiver, estoppel, offset and/or unclean hands.

### FOURTH DEFENSE

4.     To the extent that Plaintiff may have or will suffer any damages as alleged in the Complaint, which Synchrony denies, such damages have been and will be proximately caused, in whole or in part, by the acts or omissions of persons other than Synchrony, over whom Synchrony had no control, and for whose conduct Synchrony is not responsible, which bars or diminishes any recovery by Plaintiff against Synchrony.

### FIFTH DEFENSE

5.     Plaintiff's claims may be barred, in whole or in part, to the extent Plaintiff has failed to mitigate her damages.

### SIXTH DEFENSE

6.     Plaintiff's claims may be barred, in whole or in part, by the provisions of

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

the contractual agreements between the parties.

## SEVENTH DEFENSE

7.    Synchrony specifically denies that it acted with any malice, intent, willfulness, or knowledge to cause any injury or loss to Plaintiff.

## EIGHTH DEFENSE

8.    Plaintiff has ratified or consented to the actions and conduct of Synchrony.

## NINTH DEFENSE

9.    Plaintiff suffered no actual "concrete" injury and therefore lacks Article III standing. *Spokeo, Inc. v. Robins*, 136 S.Ct. 1540 (2016).

## TENTH DEFENSE

10.    Any alleged acts or omissions of Synchrony giving rise to the claims of Plaintiff, if any, are the result of innocent mistake and/or bona fide error despite reasonable procedures implemented by Synchrony.  Synchrony, at all times acted in a reasonable manner in connection with the transactions at issue in this action.

## ELEVENTH DEFENSE

11.    Synchrony met or exceeded the requirements of all applicable statutes, laws, regulations, and standards applicable to Synchrony.

## TWELFTH DEFENSE

12.    Some or all of Plaintiff's claims may be subject to arbitration in accordance with the terms and conditions of the Account and Synchrony reserves the right to compel arbitration pursuant to the terms and conditions of the applicable contractual agreements and/or Account terms and conditions.

## THIRTEENTH DEFENSE

13.    To the extent that the Plaintiff establishes a violation of the RFDCPA, Synchrony is entitled to set off of any and all amounts owed by the Plaintiff to the Defendant for failure to pay quarterly assessments, special assessments, interest, late

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

fees, and attorney's fees and costs allowed by California law pursuant to California Statutes and the Cardholder Agreement.

## FOURTEENTH DEFENSE

14.    Plaintiff's claim against Synchrony fails to the extent that Plaintiff's purported damages, if any, were the direct and proximate result of the conduct of Plaintiff; therefore, Plaintiff is estopped and barred from recovery of any such damages.

## FIFTEENTH DEFENSE

15.    To the extent that Plaintiff is unable to prove that Synchrony willfully and knowingly violated the RFDCPA, Plaintiff cannot recover damages for violation of the same.

## SIXTEENTH DEFENSE

16.    To the extent that Plaintiff is unable to prove that Synchrony negligently violated the RFDCPA, Plaintiff cannot prevail on a claim of violation of the same.

## SEVENTEENTH DEFENSE

17.    To the extent that Plaintiff is unable to prove actual damages as a result of Synchrony's alleged violation of the RFDCPA, Plaintiff cannot prevail on claims of violation of the same.

## EIGHTEENTH DEFENSE

18.    Any award of punitive damages against Synchrony would violate Synchrony's due process rights under the Constitution of the United States of America and the Constitution of California.

## NINETEENTH DEFENSE

19.    Synchrony reserves the right to assert additional affirmative defenses as may become known or available to it.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT

WHEREFORE, Defendant Synchrony requests that the Court enter judgment in its favor and decline to grant Plaintiff any of the relief that she has requested or any relief whatsoever.

Dated this the 26th day of February 2025.

Respectfully submitted,

*/s/ Steven P. Warner*
Steven P. Warner

Counsel for Defendants
Synchrony Bank

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

RESPONDENT SYNCHRONY BANK'S ANSWER AND DEFENSES TO COMPLAINT