**R23 LAW APC**
Peng Shao (319624)
Peng@R23Law.com
Hoosai Kabiri (319400)
Hoosai@R23Law.com
633 West Fifth St. 26th Floor
Los Angeles, CA 90071
Tel:  888-533-2948
Fax:  415-558-0230

*Attorneys for Plaintiff Rosalia DeLuca*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSALIA DELUCA**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**SYNCHRONY BANK; CLIENT SERVICES, INC; MONARCH RECOVERY MANAGEMENT, INC; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC;** and **DOES 1 to 50,** inclusive;<br><br>Defendants. | CASE NO. 3:25-cv-0001-DMS-MSB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC. ONLY** |



# NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC ONLY

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff Rosalia DeLuca ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") (collectively, the "Parties") has been resolved in its entirety. The Parties are in the process of finalizing the terms and performance attendant to that resolution and anticipate filing a Joint Stipulation to Dismiss with Prejudice within forty-five (45) days.

In light of the foregoing, the Parties request that any and all dates, deadlines, and proceedings presently pending be vacated as to Trans Union only.

Respectfully submitted,

DATED: May 1, 2025

BY: */s/ Peng Shao*
     Peng Shao, ESQ

**R23 LAW APC**
Peng Shao
Peng@R23Law.com

*Attorney for Plaintiff Rosalia DeLuca*