

**R23 LAW APC**
Peng Shao (319624)
Peng@R23Law.com
Hoosai Kabiri (319400)
Hoosai@R23Law.com
633 West Fifth St. 26th Floor
Los Angeles, CA 90071
Tel:   888-533-2948
Fax:  415-558-0230

*Attorneys for Plaintiff Rosalia DeLuca*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSALIA DELUCA**, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**SYNCHRONY BANK; CLIENT SERVICES, INC; MONARCH RECOVERY MANAGEMENT, INC; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC;** and **DOES 1 to 50,** inclusive;<br><br>Defendants. | Case No.: 3:25-cv-00001-DMS-MSB<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANTS TRANS UNION, LLC; CLIENT SERVICES, INC; MONARCH RECOVERY MANAGEMENT, INC ONLY**<br><br>COMPLAINT FILED: JANUARY 1, 2025 |

JOINT STIPULATION OF DISMISSAL



# JOINT MOTION TO DISMISS UNDER FRCP 41(A)

Plaintiff ROSALIA DELUCA, and Defendants TRANS UNION, LLC ("TRANS UNION"), CLIENT SERVICES, INC ("CSI") and MONARCH RECOVERY MANAGEMENT, INC ("Monarch") only hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action, including all claims and causes of action, be dismissed with prejudice against Defendants TRANS UNION, CSI and MONARCH with each party bearing their own attorney's fees and costs.

Respectfully submitted,

DATED: May 21, 2025          **R23 LAW APC**

BY: */s/ Peng Shao*
    Peng Shao, ESQ

*Attorney for Plaintiff ROSALIA DELUCA*

DATED: May 21, 2025          **TRANS UNION, LLC**

BY: */s/ Charlotte A. Long*
    Charlotte A. Long, ESQ

*Attorney for Defendant TRANS UNION, LLC*

DATED: May 21, 2025          **GOODMAN LAWFIRM, APC**

BY: */s/ Brett B. Goodman*
    Brett B. Goodman, ESQ

*Attorney for Defendant CLIENT SERVICES, INC*

---

JOINT STIPULATION OF DISMISSAL



DATED: May 21, 2025            **HINSHAW & CULBERTSON LLP**

BY: */s/ Justin Michael Penn*
      Justin Michael Penn, ESQ

*Attorney for Defendant MONARCH RECOVERY MANAGEMENT, INC*

JOINT STIPULATION OF DISMISSAL

# SIGNATURE CERTIFICATION

I, Peng Shao, hereby certify that the content of this document is acceptable to all counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

DATED: May 21, 2025            **R23 LAW APC**

                               BY: */s/ Peng Shao*
                                   Peng Shao, ESQ

                               *Attorney for Plaintiff ROSALIA DELUCA*