**R23 LAW APC**
Peng Shao (319624)
Peng@R23Law.com
Jared Walder (310687)
Jared@R23Law.com
633 West Fifth St. 26th Floor
Los Angeles, CA 90071
Tel:   888-533-2948
Fax:  415-558-0230

*Attorneys for Plaintiff*
*ROSALIA DELUCA*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSALIA DELUCA**, an individual; <br><br> Plaintiff, <br><br> v. <br><br> **SYNCHRONY BANK; CLIENT SERVICES, INC; MONARCH RECOVERY MANAGEMENT, INC; EXPERIAN INFORMATION SOLUTIONS INC; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and DOES 1 to 50,** inclusive; <br><br> Defendants. | CASE NO. 3-25-CV-00001-DMS-MSB <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT SYNCHRONY BANK ONLY** |



# NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff ROSALIA DELUCA and Defendant SYNCHRONY BANK (collectively, the "Parties") has been resolved in its entirety. The Parties are in the process of finalizing the terms and performance attendant to that resolution and anticipate filing a Joint Stipulation to Dismiss with Prejudice upon completion.

Respectfully submitted,

DATED: January 9, 2026

*/s/ Jared V. Walder*
Jared V. Walder, ESQ

**R23 LAW APC**
Jared V. Walder
Jared@R23Law.com

*Attorney for Plaintiff*
ROSALIA DELUCA