1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  ROSALIA DELUCA,                          Case No.: 25cv1-DMS (MSB)

12                              Plaintiff,    **ORDER:**

13  v.

14  SYNCHRONY BANK, et al.,                   **(1) CONFIRMING SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT SYNCHRONY BANK**

15                              Defendants.

16                                            **(2) SETTING DEADLINE TO FILE JOINT MOTION TO DISMISS AND SETTLEMENT DISPOSITION CONFERENCE**

17

18

19

20        In a Notice of Settlement dated January 9, 2026, counsel for Plaintiff informed the

21  Court that Plaintiff and Defendant Synchrony Bank (collectively, "the Parties") have

22  reached a settlement.  (ECF No. 61 at 2.)  Considering the settlement, the Court

23  **VACATES** all dates pertaining to Synchrony Bank that are currently before Magistrate

24  Judge Berg.  Any matters currently scheduled before the district judge will remain in

25  effect pending notice from that court.

26        The Parties are ordered to file their joint motion to dismiss this case, signed by

27  counsel of record and any unrepresented parties, no later than **March 10, 2026**.  A

28  proposed order granting the joint motion must be e-mailed to the assigned district

judge's chambers[1] on the same day.

**If the fully executed joint motion to dismiss is not filed by March 10, 2026**, then **all counsel of record and unrepresented parties are required to appear in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **March 17, 2026**, at **1:30 p.m.** in **Courtroom 2C** with Magistrate Judge Berg.  If the Parties file their joint motion to dismiss on or before **March 10, 2026**, the Settlement Disposition Conference will be **VACATED without further court order**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the Parties fail to file the signed joint motion to dismiss in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  January 9, 2026

Honorable Michael S. Berg
United States Magistrate Judge

---

[1] The proposed order must be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.